**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 8, 2026

_____

RULE 45 NOTICE

_____

No.    26-1418,          Ryan Dillon-Capps v. Ohana Growth Partners, LLC
                         1:24-cv-03744-BAH

TO:    Ryan  Dillon-Capps

**DEFAULT(S) MUST BE REMEDIED BY:** 05/26/2026

Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the default(s) identified below are remedied within 15 days of the date of this notice through receipt of the requisite form(s) or fee in the appropriate clerk's office. Forms are available for completion as links from this notice and at the court's website, www.ca4.uscourts.gov.

[ X ] **Informal opening brief** must be received in the Court of Appeals clerk's office.

M. Powers, Deputy Clerk
804-916-2702